Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-12-00267-CR

Vicente **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR6988
The Honorable Sharon MacRae, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  July 5, 2012

DISMISSED FOR LACK OF JURISDICTION

Appellant has filed a notice of appeal seeking to appeal the trial court's order denying his motion for a judgment nunc pro tunc. On June 12, 2012, we ordered appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction. Our order noted that the denial of a motion for a judgment nunc pro tunc is not an appealable order; instead, the proper remedy to obtain review of the denial of a motion for judgment nunc pro tunc is by petition for writ of mandamus. *See Caceras v. State*, No. 04-10-00132-CR, 2010 WL 726884, at

*1 (Tex. App.—San Antonio Mar. 3, 2010, no pet.) (not designated for publication); *Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.).  Appellant did not respond to our order.  Because we do not have jurisdiction to consider an appeal of an order denying a motion for a judgment nunc pro tunc, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH